UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br> ) <br> Plaintiff,    ) <br> ) <br> v.    ) <br> ) <br> DEOSSY GENE GIBBS,    ) <br> ) <br> Defendant.    ) <br> _____) | Case No. 08mj1118 <br><br> CERTIFICATE OF SERVICE |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  April 14, 2008                              /s/ Jason I. Ser
                                                        JASON I. SER
                                                        Federal Defenders
                                                        225 Broadway, Suite 900
                                                         San Diego, CA 92101-5030
                                                         (619) 234-8467  (tel)
                                                         (619) 687-2666  (fax)
                                                         jason_ser@fd.org